UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ITEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　Defendant. | No. 2:21-cv-00486-DDP-JEMx<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND AMENDING BRIEFING SCHEDULE**<br><br>Current Opposition Date: March 29, 2021<br>New Opposition Date: April 5, 2021<br>Current Reply Date: April 5, 2021<br>New Reply Date: April 19, 2021<br>Current Hearing Date: April 19, 2021<br>New Hearing Date: May 3, 2021 |

IT IS HEREBY ORDERED:

The hearing on the Motion to Dismiss be continued from April 19, 2021, to May 3, 2021 at 10:00 am;

　　Plaintiff shall file his opposition to the motion to dismiss on or before April 5, 2021; and

　　Defendant shall file its reply to Plaintiff's opposition to the motion to dismiss on or before April 19, 2021.

　　DATED:　March 19, 2021　.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　United States District Judge

Order
No. 2:21-cv-00486-DDP-JEMx　　　　1