# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:21-cv-00486-DDP-JEM |
| Date | May 24, 2021 |
| Title | Howard Iten v. County of Los Angeles |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kathryn D. Valois | Andrew Baum |
| Lawrence Salzman | Jeffrey Levin |

**Proceedings:** MOTION TO DISMISS [15]

Court and counsel confer as reflected on the record. The matter is taken under submission.

| | : | 30 |
|---|---|---|
| Initials of Preparer | PG | |