DAMIEN M. SCHIFF, No. 235101
Email: dschiff@pacificlegal.org
LAWRENCE G. SALZMAN, No. 224727
Email: lsalzman@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JEREMY TALCOTT, No. 311490
Email: jtalcott@pacificlegal.org
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

KADY VALOIS*, Fla. Bar No. 1010150
Email: kvalois@pacificlegal.org
Pacific Legal Foundation
4440 PGA Boulevard Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
Facsimile: (916) 419-7747
* *Pro Hac Vice*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HOWARD ITEN,

Plaintiff,

v.

COUNTY OF LOS ANGELES,

Defendant.

No. 2:21-cv-00486-DDP-JEMx

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Howard Iten respectfully submits the attached recent decision of the Ninth Circuit Court of Appeals in *Apartment Association of Los Angeles County v.*

*City of Los Angeles*, No. 20-56251 (Aug. 25, 2021). The ruling affirms this Court's denial of the plaintiffs' motion seeking to preliminarily enjoin the enforcement of the City of Los Angeles's residential eviction moratorium. Slip op. at 25. The decision explains that the plaintiffs are not entitled to such relief because they are not likely to succeed on the merits of their claim that the City's moratorium violates the Constitution's Contracts Clause. Slip op. at 17–25. In this action, Mr. Iten brings a Contracts Clause claim against the County of Los Angeles's commercial eviction moratorium and, thus, the Ninth Circuit's decision is relevant to this Court's consideration of the County's pending motion to dismiss.

There are, however, significant differences between the Contracts Clause claim advanced in *Apartment Association* and the claim advanced here, most prominently in that the former concerns a residential eviction moratorium, the latter a commercial eviction moratorium, but also in that the landlord assistance programs cited in the Ninth Circuit's ruling, slip op. at 22–23, appear to apply only to residential landlords.

Should the Court find it useful, Mr. Iten would be prepared to submit a short supplemental brief explaining in further detail how the Ninth Circuit's ruling affects this case.

DATED: August 26, 2021.

Respectfully submitted,

DAMIEN M. SCHIFF
LAWRENCE G. SALZMAN
JEREMY TALCOTT
KADY VALOIS* (*Pro Hac Vice*)

By s/ Damien M. Schiff
DAMIEN M. SCHIFF

*Attorneys for Plaintiff*