UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ITEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　Defendant. | No. 2:21-cv-00486-DDP-JEMx<br><br>**ORDER<br>GRANTING AMENDED BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>Motion to Dismiss Filed: October 12, 2021<br>Opposition Due: November 1, 2021<br>Reply Currently Due: November 8, 2021<br>New Reply Due Date: November 15, 2021<br>Hearing Date: November 22, 2021 |

IT IS HEREBY ORDERED:

Defendant shall file its reply to Plaintiff's opposition to the motion to dismiss on or before November 15, 2021.

IT IS FURTHER ORDERED: The Motion to Dismiss First Amended Complaint [33] is continued from November 22, 2021 to December 6, 2021 at 10:00 a.m.  All briefs shall be filed by the dates indicated in this Court's prior Order.

DATED: October 15, 2021.

　　　　　　　　　　　　　　　　　　　　　_/s/ Dean D. Pregerson_
　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order
No. 2:21-cv-00486-DDP-JEMx　　　　　　1