Name: Damien M. Schiff, No. 235101
Address: Pacific Legal Foundation, 555 Capitol Mall, Suite 1290
City, State, Zip: Sacramento, CA 95814
Phone: (916) 419-7111
Fax: (916) 419-7747
E-Mail: DSchiff@pacificlegal.org

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HOWARD ITEN

PLAINTIFF(S),

v.

COUNTY OF LOS ANGELES

DEFENDANT(S).

CASE NUMBER:

2:21-cv-00486-DDP-JEMx

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Howard Iten_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order granting Motion to Dismiss First
   Amended Complaint
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____04/15/2022____. Entered on the docket in this action on __04/15/2022__.

A copy of said judgment or order is attached hereto.

May 12, 2022
Date

/s/ Damien M. Schiff
Signature
☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# Representation Statement

Counsel for Plaintiff-Appellant Howard Iten:

>Damien M. Schiff
>Lawrence G. Salzman
>Pacific Legal Foundation
>555 Capitol Mall, Suite 1290
>Sacramento, California 95814
>Telephone: (916) 419-7111 | Facsimile: (916) 419-7747
>Email: DSchiff@pacificlegal.org
>Email: LSalzman@pacificlegal.org

**Counsel for Defendant-Appellee County of Los Angeles:**

>Andrew P Baum
>Glaser Weil Fink Howard Avchen and Shapiro LLP
>10250 Constellation Boulevard 19th Floor
>Los Angeles, California 90067
>Telephone: (310) 553-3000 | Facsimile: (310) 556-2920
>Email: abaum@glaserweil.com

>Sayuj Panicker
>Office of County Counsel
>648 Kenneth Hahn Hall of Administration
>500 West Temple Street
>Los Angeles, California 90012
>Telephone: (213) 974-1845 | Facsimile: (213) 617-7182
>Email: spanicker@counsel.lacounty.gov

>Jesse Bernard Levin
>Glaser Weil LLP
>10250 Constellation Boulevard 19th Floor
>Los Angeles, California 90067
>Telephone: (310) 553-3000 | Facsimile: (310) 843-2608
>Email: jlevin@glaserweil.com