# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS                    JS-5

| Case No. | 2:21cv00486-DDP (JEMx) | | Date | January 19, 2024 |
|---|---|---|---|---|

| Court of Appeals Case No. | 22-55480 |
|---|---|
| Title | *HOWARD ITEN v. COUNTY OF LOS ANGELES* |
| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Attorneys for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) - MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS [51] [52]**

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

___ Affirming      ___ Dismissing Appeal      ___ Affirming in part, reversing in part

___ Remanding      _X_ Reversing and Remanding      Other: _____

___ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:

$ _____ on _____

Following remand, the question whether the First Amended Claim states a valid Contracts Clause claim remains.  Defendant's Motion to Dismiss [33] is re-set for hearing on March 25, 2024, at 10:00 a.m.  Defendant may file a supplemental memorandum no later than February 5, 2024. Any supplemental opposition shall be filed no later than February 20, 2024. Any supplemental reply shall be filed no later than March 4, 2024.

IT IS SO ORDERED.

_X_ Other: _____

_X_  Make JS-5

                                                                    00    :    00

                                    Initials of Deputy Clerk         CMJ