Name __Damien M. Schiff, Cal. Bar No. 235101__

Address __555 Capitol Mall, Suite 1290__

City, State, Zip __Sacramento, CA 95814__

Phone __(916) 419-7111__

Fax __(916) 419-7747__

E-Mail __DSchiff@pacificlegal.org__

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Howard Iten

PLAINTIFF(S),

v.

County of Los Angeles

DEFENDANT(S).

CASE NUMBER:

2:21-cv-00486-DDP-SSC

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Howard Iten_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Granting Defendant's Motion to Dismiss

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____May 1, 2024____. Entered on the docket in this action on __May 1, 2024__.

A copy of said judgment or order is attached hereto.

__May 7, 2024__

Date

__/s/ Damien M. Schiff__

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**List of Names and Addresses of Attorneys for Each Party**

Counsel for Plaintiff Howard Iten:

Damien M. Schiff
Lawrence G. Salzman
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: dschiff@pacificlegal.org
Email: lsalzman@pacificlegal.org

Kathryn Valois
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
Facsimile: (916) 419-7747
Email: kvalois@pacificlegal.org

Counsel for Defendant County of Los Angeles:

Dawyn R. Harrison
County Counsel
Thomas Faughnan
Senior Assistant Counsel
Peter M. Bollinger
Assistant County Counsel
Behnaz Tashakorian
Principal Deputy County Counsel
Shanaira U. Banerjee
Senior Deputy County Counsel
Sayuj Panicker
648 Kenneth Hahn Hall of Admin.
500 West Temple Street
Los Angeles, CA 90012-2713
Telephone: (213) 974-1845
btashakorian@counsel.lacounty.gov
shanaira.banerjee@doj.ca.gov
sbanerjee@counsel.lacounty.gov
spanicker@counsel.lacounty.gov

Andrew Baum
Jesse B. Levin
Glaser Weil Fink Howard
   Jordan & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
abaum@glaserweil.com
jlevin@glaserweil.com